**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**Adversary Case #:** 05-77317
**Related Bankruptcy Case #:** 03-10945
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | (Violetta Blanco) |
| **Case Type:** | ( Adversary) |
| **Nature of Suit:** | (i.e. Recover Money or Property) |
| **Cause of Transmittal:** | (i.e. Order dated  04/22/2005 , Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | Pet v. WD-40 Company |
| **Plaintiff's Counsel:** | **Adam Hiller** |
| | **David M. Fournier** |
| | **Wilmer C Bettinger** |
| | Pepper Hamilton |
| | Hercules Plaza, Suite 5100 |
| | 1313 Market Street |
| | Wilmington, DE  19899 |
| | Email:hillera@pepperlaw.com |
| | Email:flbank@pepperlaw.com |
| | Email:bettingerw@pepperlaw.com |
| **Defendant's Counsel:** | **Etta Rena Wolfe** |
| | **Kathleen M. Miller** |
| | Smith, Katzenstein & Furlow LLP |
| | 800 Delaware Avenue |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| | 302-652-8400 |
| | Email: erw@skfdelaware.com |
| | Email: Kmiller@skfdelaware.com |