

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

July 8, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
Lock Box 31
Wilmington, DE 19801

Re:   *PCT v. WD-40 Company*
      C.A. No. 05-455 SLR

Dear Judge Robinson:

We represent WD-40 Company, which filed a Motion to Withdraw the Reference. Pursuant to the direction of the Clerk's office, I write to provide a courtesy copy of the Motion to Withdraw the Reference, the related Certification of Counsel, the Amended Certification of Counsel and the PCT's answering brief, filed in the Bankruptcy Court.

WD-40 did not file a reply brief, as the answering brief was filed after the time to do so, as set by the Bankruptcy Court.

Respectfully,

Kathleen M. Miller

KMM/tlc
Enclosure

cc:   David Fournier, Esquire (by efiling & fax, w/o enclosures)
      F. Wade Ackerman, Esquire (by efiling & fax, w/o enclosures)
      Keith Owens, Esquire (by efiling & fax, w/o enclosures)

10004537.WPD