# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD  
CLERK OF COURT

824 MARKET STREET  
WILMINGTON, DE 19801  
(302) 252-2900

Date: July 21, 2005

To: Clerk of Court  
US District Court  
District of Delaware  
Wilmington, DE 19801



Re: **Adversary Case: 05-77317 (PBL)**  
**Related BK Case: 03-10945 (MFW)**

On July 18th 2005, Judge Robinson granted an order Withdrawing the Reference to the United States District Court for the District of Delaware (CA# 05-cv-00455, Document #4). All PDF's that relate to this matter are being sent to you in a disk along with the transmittal.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely

Violetta I. Blanco  
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____ 2005.

By:_____  
Deputy Clerk

_____Supervisor

## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 05-77317
**Related Bankruptcy Case #:** 03-10945
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Violetta Blanco |
| **Case Type:** | Adversary |
| **Nature of Suit:** | i.e. Recover Money or Property |
| **Cause of Transmittal:** | i.e. Order dated 07/18/2005, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | Pct v. WD-40 Company |
| **Plaintiff's Counsel:** | **Adam Hiller** <br> **David M. Fournier** <br> **Wilmer C Bettinger** <br> Pepper Hamilton <br> Hercules Plaza, Suite 5100 <br> 1313 Market Street <br> Wilmington, DE 19899 <br> Email: hillera@pepperlaw.com <br> flbank@pepperlaw.com <br> bettingerw@pepperlaw.com |
| **Defendant's Counsel:** | **Etta Rena Wolfe** <br> **Kathleen M.Miller** <br> Smith, Katzenstein & Furlow LLP <br> 800 Delaware Avenue <br> P.O. Box 410 <br> Wilmington, DE 19899 <br> 302-652-8400 <br> Email: erw@skfdelaware.com <br> Kmiller@skfdelaware.com |

MULTI-CAUSE, MEDDue, BRIEFDue, ReferWithdrawn

## U.S. Bankruptcy Court
### District of Delaware (Delaware)
### Adversary Proceeding #: 05-77317-PBL
**Internal Use Only**

*Assigned to:* Paul B. Lindsey
*Related BK Case:* 03-10945
*Related BK Title:* FLEMING COMPANIES, INC. and VISION SERVICE PLAN
*Demand:* $707000
*Nature of Suit:* 454

*Date Filed:* 03/24/05

**Plaintiff**
-----------------------

**PCT**     represented by     **Adam Hiller**
Pepper Hamilton
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
302-777-6500
Fax : 302-421-8390
Email: hillera@pepperlaw.com

**David M. Fournier**
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
302-777-6500
Fax : 302-421-8390
Email: flbank@pepperlaw.com
*LEAD ATTORNEY*

**Wilmer C Bettinger**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
usa
302-777-6500
Fax : 302-421-8390
Email: bettingerw@pepperlaw.com

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT
BY: [signature] Clerk

V.

**Defendant**
------------------------

WD-40 Company
Maria M. Mitchell
1061 Cudatty Place
San Diego, CA 92110

represented by **Etta Rena Wolfe**
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899
302-652-8400
Fax : 302-652-8405
Email: erw@skfdelaware.com

**Etta Rena Wolfe**
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899
302-652-8400
Fax : 302-652-8405
Email: erw@skfdelaware.com

**Kathleen M. Miller**
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
usa
302 652-8400
Fax : 302-652-8405
Email: kmiller@skfdelaware.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2005 | 1 | Complaint by PCT against WD-40 Company. Receipt# 72881 Fee Amount $150 Nature of Suit: 454 (Recover Money/Property). AP Summons Served due date: 7/22/2005. (Fournier, David) Modified on 3/30/2005 (NAB, ). (Entered: 03/24/2005) |
| 03/24/2005 | 2 | Summons and Notice of Pretrial Conference Served on Defendant WD-40 Company. (related document1 ) Pretrial Conference set for 6/10/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., 5th Floor, Wilmington, DE. Answer due date: 4/23/2005. (Attachments: # 1 ADR Notice) (Fournier, David) (Entered: 03/24/2005) |
| 03/24/2005 | 3 | Motion to Authorize *The PCT's Motion for an Order Establishing Procedures Governing Adversary Proceedings Commenced by the PCT Pursuant to Inter Alia, Sections 502(D), 544, 547, 548, 549 and/or 550 of the Bankruptcy Code*. Hearing scheduled for 4/15/2005 at 02:00 PM (check with court for location). Objections due by 4/8/2005. (Fournier, David) (Entered: 03/24/2005) |

| | | |
|---|---|---|
| 03/24/2005 | ●4 | Notice of Service *Notice of Motion Re: The PCT's Motion for an Order Establishing Procedures Governing Adversary Proceedings Commenced by the PCT Pursuant to Inter Alia, Sections 502(D), 544, 547, 548, 549 and/or 550 of the Bankruptcy Code.* (Fournier, David) (Entered: 03/24/2005) |
| 03/24/2005 | ●5 | Certificate of Service *RE: Summons, Complaint, The PCT's Motion for an Order Establishing Procedures Governing Adversary Proceedings Commenced by the PCT Pursuant to Inter Alia, Sections 502(D), 544, 547, 548, 549 and/or 550 of the Bankruptcy Code and Related Notice of Motion.* (Fournier, David) (Entered: 03/24/2005) |
| 04/05/2005 | ●6 | Order Reassigning Adversary Proceeding to the Honorable Paul B. Lindsey. Order Signed on 3/29/2005. (LCN, ) (Entered: 04/05/2005) |
| 04/05/2005 | ● | Judge Paul B. Lindsey added to case. Involvement of Judge Mary F. Walrath Terminated (LCN, ) (Entered: 04/05/2005) |
| 04/11/2005 | 7 | Notice of Agenda of Matters Scheduled for Hearing *Before The Honorable Paul B. Lindsey*. Hearing scheduled for 4/15/2005 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Floor, Wilmington, DE. Objections due by 4/8/2005. (Fournier, David) (Entered: 04/11/2005) |
| 04/12/2005 | | Flags Set-Reset (LCo, ) (Entered: 04/12/2005) |
| 04/12/2005 | | Verified (LCo, ) (Entered: 04/12/2005) |
| 04/14/2005 | ●8 | Notice of Agenda of Matters Scheduled for Hearing *Before The Honorable Paul B. Lindsey (AMENDED)*. Hearing scheduled for 4/15/2005 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Floor, Wilmington, DE. Objections due by 4/8/2005. (Fournier, David) (Entered: 04/14/2005) |
| 04/22/2005 | ●9 | Answer to Complaint */WD-40's Answer to Complaint, Affirmative Defenses and Request for Jury Trial* Filed by WD-40 Company (Miller, Kathleen) (Entered: 04/22/2005) |
| 04/22/2005 | ●10 | Motion to Determine */WD-40 Company's Motion for a Determination of Core/Non-Core Status* Filed by WD-40 Company. (Miller, Kathleen) (Entered: 04/22/2005) |
| 04/22/2005 | ●11 | Motion for Withdrawal of Reference */WD-40 Company's Motion to Withdraw the Reference to the Bankruptcy Court.* Fee Amount $150. Filed by WD-40 Company. (Miller, Kathleen) (Entered: 04/22/2005) |
| 04/26/2005 | 12 | Receipt of filing fee for Motion for Withdrawal of Reference (A)(05- |

|  |  |  |
|---|---|---|
|  |  | 77317-PBL) [motion,mwdrefad] ( 150.00). Receipt Number 73061, amount $ 150.00. (CLO) (Entered: 04/26/2005) |
| 05/05/2005 | 13 | STIPULATED BRIEIFING AND AFFIDAVIT SCHEDULE Between PCT and WD-40 Company. (related document(s)11, 10 ) Filed by PCT (related document(s)11, 10). (Attachments: # 1 Proposed Form of Order) (Bettinger, Wilmer) Modified Docket text on 5/9/2005 (MAS, ). (Entered: 05/05/2005) |
| 05/11/2005 | 14 | Order Approving Procedures Governing Adversary Proceedings Brought By the PCT. Order Signed on 5/2/2005. (Attachments: #(1) Exhibit A) (LCN, ) (Entered: 05/11/2005) |
| 05/11/2005 | 15 | Certification of Counsel *Regarding Stipulated Briefing And Affidavit Schedule* Filed by PCT (Attachments: # 1 Attachment (Stipulation)# 2 Proposed Form of Order # 3 Certificate of Service) (Bettinger, Wilmer) (Entered: 05/11/2005) |
| 05/13/2005 | 16 | Order Approving Stipulated Briefing and Affidavit Schedule. (related document(s)13, 15 ) Order Signed on 5/12/2005. (Attachments: # 1 Stipulation) (LCN, ) (Entered: 05/13/2005) |
| 05/18/2005 | 17 | Stipulation *AMENDED STIPULATED BRIEFING AND AFFIDAVIT SCHEDULE* By PCT (related document(s)13 ) Filed by PCT. (Bettinger, Wilmer) (Entered: 05/18/2005) |
| 06/01/2005 | 18 | Affidavit/Declaration of Service *Order Approving Procedures Governing Adversary Proceedings Brought by the PCT Pursuant to Sections 502(d), 544, 547, 548, and/or 550 of the Bankruptcy Code, the Information Form Notice, and the PCT Avoidance Action Information Form*. (Fournier, David) (Entered: 06/01/2005) |
| 06/01/2005 | 19 | Affidavit/Declaration of Service *Re: Order Approving Procedures Governing Adversary Proceedings Brought by the PCT Pursuant to Sections 502(d), 544, 547, 548, and/or 550 of the Bankruptcy Code, the Information Form Notice, and the PCT Avoidance Action Information Form*. (Fournier, David) (Entered: 06/01/2005) |
| 06/03/2005 | 20 | Status I - Dispositive Motions Pending. Brief due by 6/22/2005. (Fournier, David) (Entered: 06/03/2005) |
| 06/03/2005 | 21 | Certification of Counsel *Regarding Amended Stipulated Briefing And Affidavit Schedule* (related document(s)17 ) Filed by PCT (Attachments: # 1 Exhibit A# 2 Proposed Form of Order) (Hiller, Adam) (Entered: 06/03/2005) |
| 06/03/2005 | 22 | Certification of Counsel *Regarding Amended Stipulated Briefing And* |

|            |     |                                                                                                                                                                                                                                                  |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | *Affidavit Schedule* (related document(s)17 ) Filed by PCT (Attachments: # 1 Stipulation# 2 Proposed Form of Order) (Hiller, Adam) (Entered: 06/03/2005)                                                                                         |
| 06/03/2005 | 23  | Notice of Agenda of Matters Scheduled for Hearing. Hearing scheduled for 6/10/2005 at 09:00 AM (check with court for location). (Fournier, David) (Entered: 06/03/2005)                                                                          |
| 06/08/2005 | 24  | Order (REVISIONS BY THE COURT) Approving Amended Stipulated Briefing and Affidavit Schedule. (related document(s)21, 17 ) Order Signed on 6/7/2005. (Attachments: # 1 Exhibit A) (LCN, ) (Entered: 06/08/2005)                                   |
| 06/08/2005 | 25  | Notice of Agenda of Matters Scheduled for Hearing *(AMENDED)*. Hearing scheduled for 6/10/2005 at 09:00 AM at US Bankruptcy Court, 824 Market St., 5th Floor, Wilmington, DE. (Fournier, David) (Entered: 06/08/2005)                            |
| 06/10/2005 | 26  | Scheduling Order Governing Certain Adversary Proceedings Brought by the PCT. Order Signed on 6/10/2005. (LCN, ) (Entered: 06/10/2005)                                                                                                            |
| 06/21/2005 | 27  | Certification of Counsel (related document(s)11, 10 ) Filed by WD-40 Company (Wolfe, Etta) (Entered: 06/21/2005)                                                                                                                                 |
| 06/22/2005 | 28  | Amended Certification of Counsel *re: Motion for Determination of Core/Non-Core Status and Motion to Withdraw the Reference* (related document(s)27, 11, 10 ) Filed by WD-40 Company (Wolfe, Etta) (Entered: 06/22/2005)                         |
| 06/23/2005 | 29  | Brief *PCT's Opposition to Defendant WD-40 Company's Motion to Withdraw the Reference to the Bankruptcy Court* (related document(s)11, 10 ) Filed by PCT (Bettinger, Wilmer) (Entered: 06/23/2005)                                               |
| 06/23/2005 | 30  | Brief *PCT's Opposition to Defendant WD-40 Company's Motion for a Determination of Core/Non-Core Status* (related document(s)11, 10 ) Filed by PCT (Bettinger, Wilmer) (Entered: 06/23/2005)                                                     |
| 06/27/2005 | 31  | Affidavit/Declaration of Service *of PCT'S Opposition to Defendant WD-40 Company's Motion to Withdraw the Reference to the Bankruptcy Court* Filed by PCT.. (Fournier, David) (Entered: 06/27/2005)                                              |
| 06/27/2005 | 32  | Affidavit/Declaration of Service *of the PCT'S Opposition to Defendant WD-40 Company's Motion for a Determination of Core/Non-Core Status* Filed by PCT.. (Fournier, David) (Entered: 06/27/2005)                                                |

| 06/28/2005 | ◯33 | Order Granting Motion for a Determination of Core/Non-Core Status (Related Doc # 10) Order Signed on 6/27/2005. (DKF, ) (Entered: 06/28/2005) |
| --- | --- | --- |
| 07/01/2005 | ◯34 | Notice of Service *of Order Granting Motion for Determination of Core/Non-Core Status* (related document(s)33 ) Filed by WD-40 Company (related document(s)33). (Wolfe, Etta) (Entered: 07/01/2005) |
| 07/19/2005 | | Deadline(s) Set- Mediation due date 10/11/2005 (VIB, ) (Entered: 07/19/2005) |
| 07/21/2005 | ◯35 | Transmittal of Record Withdrawing the Reference to the United States District Court. Order granted on 07/18/2005. (related document(s)11 ) (VIB, ) (Entered: 07/21/2005) |