IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Fleming Companies, Inc., et al.,[1] ) | Case No. 03-10945 (MFW) |
| ) | Adv. No. 05-77317 (PBL) |
| Debtors. ) | |
| _____/ ) | |
| PCT, ) | |
| ) | Civ. No. 05-455-SLR |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WD-40 Company, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

NOTICE OF SERVICE

I, Wilmer C. Bettinger, hereby certify that on the 15th day of August 2005, true and correct copies of Plaintiff's Rule 26(a)(1) Disclosures, Affidavit of Service and this Notice of Service were served upon the following persons in the manner indicated:

<u>Via United States Postal Service</u>
Kathleen M. Miller, Esq.
Smith, Satzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, Delaware 19899

<u>Via United States Postal Service</u>
Keith C. Owens, Esq.
Foley & Lardner, LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

Dated: August 16, 2005
Wilmington, Delaware

PEPPER HAMILTON LLP

*[signature]*

Wilmer C. Bettinger (DE No. 359)
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 North Market Street
Post Office Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

KIRKLAND & ELLIS LLP
Eric Liebeler (CA Bar No. 149504)
F. Wade Ackerman (CA Bar No. 234747)
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Plaintiff*