IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) | Adv. No. 05-77317 (PBL) |
| | ) | |
| Debtors | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| PCT, | ) | |
| | ) | Civ. No. 05-455-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WD-40 Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this **23rd** day of **August, 2005,** a copy of ***WD-40's Rule 26(a)(1) Disclosures*** and this ***Notice of Service*** were served on the following parties by first class mail.

> Wade Ackerman
> Kirkland & Ellis
> 777 S. Figueroa Street
> Suite 3400
> Los Angeles, CA 90017
>
> David Fournier
> Pepper Hamilton LLP
> Hercules Plaza, Suite 5100
> 1313 Market Street
> P.O. Box 1709
> Wilmington, DE 19899

{10006044.DOC}

Dated: August 23, 2005

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
Email: erw@skfdelaware.com
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405

Of Counsel:
Foley & Lardner, LLP
Keith C. Owens, Cal Bar. No. 184841
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: 310.277.2223
Facsimile: 310 557.8475

Attorneys for WD-40 Company

{10006044.DOC}　　2