**Pepper Hamilton LLP**
────Attorneys at Law────

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

direct dial 302.777.6565
*fournierd@pepperlaw.com*

August 23, 2005

**VIA HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   <u>PCT v. WD-40 Company, Civ. No. 05-455-SLR</u>

Dear Chief Judge Robinson:

This office represents the Plaintiff PCT in the above-referenced adversary proceeding. In accordance with this Court's Order of August 1, 2005, and in anticipation of the telephonic Scheduling Conference scheduled for August 25, 2005, I am enclosing a proposed Scheduling Order to which both parties have consented.

I and my co-counsel Heiko Schultz will be participating in the August 25 Scheduling Conference should Your Honor have any questions regarding the attached.

Respectfully submitted,

David M. Fournier

Enclosure

cc:   Etta R. Wolfe, Esq.
      Keith C. Owens, Esq.
      Heiko Schultz, Esq.

| Philadelphia | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington |

www.pepperlaw.com