

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

August 25, 2005

**BY EFILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:   *PCT v. WD-40 Company*
       **C.A. No. 05-455 (SLR)**

Dear Judge Robinson:

Pursuant to the teleconference held on the date hereof, enclosed is a proposed scheduling order in the above-referenced matter.

Respectfully,

Etta R. Wolfe
(I.D. No. 4164)

ERW/eys
Enclosure

cc:   David Fournier, Esquire (by efiling & fax, w/enc.)
      F. Wade Ackerman, Esquire (by efiling & fax, w/enc.)
      Keith Owens, Esquire (by efiling & fax, w/enc.)

10006076.wpd