## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) Adv. No. 05-77317 (PBL) |
| | ) |
| Debtors | ) |
| | ) |
| _____ | ) |
| | ) |
| PCT, | ) Civ. No. 05-455-SLR |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WD-40 Company, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this **26th** day of **September, 2005,** a copy of ***Defendant's First Set of Interrogatories to Plaintiff PCT, Requests for Admission to Plaintiff PCT and First Request for Production of Documents*** and this ***Notice of Service*** were served on the following parties by first class mail.

Wade Ackerman
Kirkland & Ellis
777 S. Figueroa Street
Suite 3400
Los Angeles, CA  90017

David Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899

Dated: September 26, 2005

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
Email: erw@skfdelaware.com

Of Counsel:
Foley & Lardner, LLP
Keith C. Owens, Cal Bar. No. 184841
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: 310.277.2223
Facsimile: 310.557.8475

P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405

Attorneys for WD-40 Company