IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) Adv. No. 05-77317 (PBL) |
| | ) |
| Debtors | ) |
| | ) |
| | ) |
| PCT, | ) |
| | ) Civ. No. 05-455-SLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WD-40 Company, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF KEITH C. OWENS

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Keith C. Owens, Esquire of the firm Foley & Lardner, 35th Floor, One Century Plaza, 2029 Century Park East, Los Angeles, California 90067-3021, to represent WD-40 Company in this action.

Dated:

SMITH, KATZENSTEIN & FURLOW LLP

*/s/ Etta R. Wolfe*

Etta R. Wolfe (I.D. No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Ewolfe@skfdelaware.com

**Attorneys for WD-40 Company**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of the State of California, the U.S. District Court for the Central, Southern, Northern and Eastern Districts of California, and the United States Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Keith C. Owens*
Keith C. Owens (CA Bar ID No. 184841)
Foley & Lardner LLP
35th Floor, One Century Plaza
2029 Century Park East
Los Angeles, CA 90067-3021
Telephone: 310-975-7732
Facsimile: 310-557-8475
Email: kowens@foley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                Chief United States District Court Judge

10002902.WPD