IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FLEMING COMPANIES, INC., ET AL.,<br><br>    DEBTORS<br>_____<br><br>PCT,<br><br>    PLAINTIFF,<br><br>V.<br><br>WD-40 COMPANY,<br><br>    DEFENDANT.<br>_____ | ) CHAPTER 11<br>) BK NO. 03-10945 (MFW)<br>) ADVERSARY PROCEEDING NO. 05-77317<br>)<br>)<br>)<br>)<br>) **CIV. NO. 05-455-SLR**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR APPOINTMENT OF MEDIATOR**

The Post-Confirmation Trust ("Plaintiff") for the bankruptcy estate of the Fleming Companies, Inc. et al. (the "Debtors"), and WD-40 Company ("Defendant"), by their attorneys, hereby stipulate for the appointment of Robert Brady as mediator, and represent as follows:

**RECITALS**

1. The Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on April 1, 2003 (the "Petition Date").

2. On July 27, 2004, the Court confirmed the Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code.

3. On or about March 24, 2005, Plaintiff filed a Complaint to avoid and recover approximately $666,290.32 paid by the Debtors to Defendant within 90 days prior to the Petition Date as preferential transfers or constructively fraudulent conveyances under 11 U.S.C. §§ 547 544(b) and 548, approximately $9,546.80 in alleged overpayments as constructively fraudulent transfers or unauthorized post-petition payments under 11 U.S.C. §§ 544, 548 and 549, and approximately $31,397.92 in alleged post-petition deductions owed to the Debtors, for a total demand of approximately $707,235.04. Plaintiff asserted other causes of action including unjust enrichment, breach of contract, and turnover.

4. Defendant timely filed an answer to the Complaint and asserted numerous affirmative defenses including fraud and setoff. Plaintiff also filed a motion to withdraw the reference to the District Court, and a motion for determination of "core" and "non-core" status of claims, requesting a jury trial. Both motions were granted, and the adversary proceeding is currently pending before this Court.

5. On August 30, 2004, this Court issued a scheduling order, setting a one-week trial commencing on September 18, 2006. The Court scheduled a deadline for completing all fact discovery by January 31, 2006.

6. The parties have informally exchanged information and are engaged in settlement negotiations. The Court scheduled mediation with U.S. Magistrate Mary Pat Thynge on May 3, 2006, the earliest date available (the "Mediation Date"). However, at the pre-trial conference in October 2005, the Court agreed that the parties could stipulate to the retention of a private mediator prior to the Mediation Date.

7. The parties would like to avoid the expense of discovery if the adversary proceeding can be successfully mediated, and have agreed to the retention of Robert Brady, a private mediator (the "Mediator"), to be held on January 19, 2006.

8. In the event that mediation is not successful, the parties would like additional time to complete discovery and therefore request that the Court extend the discovery cutoff dates and all other pertinent dates set forth in the Scheduling Order entered on or about August 25, 2005 (the "Scheduling Order") by 60 days.

## STIPULATION

9. The Recitals set forth above are incorporated as though fully set forth herein.

10. The Parties agree to the appointment of Robert Brady as a private mediator, with mediation to be initiated by Plaintiff.

11. Unless otherwise agreed by the parties in writing, mediation shall be held on January 19, 2006, in Wilmington, Delaware.

12. The discovery cutoff date and all other pertinent dates set forth in the Scheduling Order are each extended by 60 days.

Dated: December 27, 2005

SMITH KATZENSTEIN & FURLOW LLP

*(signature)*

Kathleen M. Miller (ID No. 2898)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
Post Office Box 410
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405

and

FOLEY & LARDNER, LLP
Keith C. Owens, Cal. Bar No. 184841
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-2223
Facsimile: (310) 557-8475

*Counsel for Defendant WD-40 Company*

Dated: December 27, 2005

PEPPER HAMILTON LLP

*(signature)*

David Fournier (DE 2812)
Wilmer C. Bettinger (DE 359)
Hercules Plaza, Suite 5100
1313 Market Street
Post Office Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile (302) 421-8390

and

KIRKLAND & ELLIS LLP
Eric Liebeler (CA Bar No. 149504)
F. Wade Ackerman (CA Bar No. 234747)
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Counsel for Plaintiff PCT*

LACA_722810.1