# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FLEMING COMPANIES, INC., ET AL.,<br><br>    DEBTORS<br><br>―――――――――――――――――――<br><br>PCT,<br><br>    PLAINTIFF,<br><br>V.<br><br>WD-40 COMPANY,<br><br>    DEFENDANT.<br>――――――――――――――――――― | CHAPTER 11<br>BK NO. 03-10945 (MFW)<br>ADVERSARY PROCEEDING NO. 05-77317<br><br><br>CIV. NO. 05-455-SLR |

### ORDER

At Wilmington this _____ day of _____, 2005, the parties having filed their Stipulation Regarding Appointment of Mediator in the above-captioned adversary proceeding (the "Stipulation"),

IT IS HEREBY ORDERED THAT:

1.     The Stipulation is approved;

LACA_722810.1

2. Plaintiff shall be responsible for initiating mediation, which shall be held on January 19, 2006, unless otherwise agreed by the parties in writing;

3. Robert Brady shall serve as the Mediator for all purposes in connection with this adversary proceeding; and

4. The discovery cutoff date and all other pertinent dates set forth in the Scheduling Order are hereby extended by 60 days without prejudice to the parties' ability to seek further extensions.

_____
UNITED STATES DISTRICT JUDGE

The undersigned parties have agreed to the preceding form of order.

Dated: December 21, 2005                         Dated: December __, 2005

SMITH KATZENSTEIN & FURLOW LLP                   PEPPER HAMILTON LLP

_____                  _____
Kathleen M. Miller (ID No. 2898)                 David Fournier (DE 2812)
Etta R. Wolfe (ID No. 4164)                      Wilmer C. Bettinger (DE 359)
800 Delaware Avenue, 7th Floor                   Hercules Plaza, Suite 5100
Post Office Box 410                              1313 Market Street
Wilmington, Delaware 19899 (Courier 19801)       Post Office Box 1709
Telephone: (302) 652-8400                        Wilmington, Delaware 19899-1709
Telecopy: (302) 652-8405                         Telephone: (302) 777-6500
                                                 Facsimile (302) 421-8390

                                                 and

and                                              KIRKLAND & ELLIS LLP
                                                 Eric Liebeler (CA Bar No. 149504)
FOLEY & LARDNER, LLP                             F. Wade Ackerman (CA Bar No. 234747)
Keith C. Owens, Cal. Bar No. 184841              777 South Figueroa Street
2029 Century Park East, Suite 3500               Los Angeles, California 90017
Los Angeles, California 90067-3021               Telephone: (213) 680-8400
Telephone: (310) 277-2223                        Facsimile: (213) 680-8500
Facsimile: (310) 557-8475

*Counsel for Defendant WD-40 Company*            Counsel for Plaintiff PCT

LACA_722810.1