IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| FLEMING COMPANIES, INC., | ) | Chapter 11 |
| et al., | ) | Bankr. No. 03-10945-MFW |
| | ) | Adv. Proc. No. 05-77317 |
| Debtors. | ) | |
| | ) | |
| PCT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-455-SLR |
| | ) | |
| WD-40 COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 4th day of January, 2006, having reviewed the stipulation submitted by the parties (D.I. 16);

IT IS ORDERED that the above captioned case shall be stayed for 60 days, to allow the parties the opportunity to mediate.

IT IS FURTHER ORDERED that the scheduling order established by the court on August 31, 2005 no longer shall govern this case. On or before **March 6, 2006,** the parties shall either request a further extension or shall present the court with a new scheduling order that takes the case to the date for filing summary judgment motions. The court shall not set a new trial

date until the resolution of any motions filed.

                                           _____
                                                    United States District Judge