# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLEMING COMPANIES, INC., et al., | : | BK No. 03-10945 (MFW) |
| | : | Adversary Proceeding No. 05-77317 |
| Debtors. | : | |
| _____ | : | |
| PCT, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-455-SLR |
| WD-40 COMPANY, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **5th** day of **January, 2006**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, May 3, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE