

**Smith
Katzenstein
Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

January 25, 2006

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

**BY EFILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the
District of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:     *PCT v. WD-40 Company*
        *C.A. No. 05-455 (SLR)*

Dear Judge Robinson:

I write to report that the mediation held in this case on January 19, 2006 resulted in a settlement.  The parties are in the process of completing the settlement and will file a stipulation of dismissal when that is done.

Respectfully,

Kathleen M. Miller
Kmiller@skfdelaware.com

KMM/tlc

cc:    David Fournier, Esquire (by efiling & fax)
       F. Wade Ackerman, Esquire (fax)
       Keith Owens, Esquire (fax)

10010555.WPD