IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al.,1 | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PCT,2 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 05-455 (SLR) |
| WD-40 COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff, PCT, and the above-captioned Defendant, WD-40 Company, by and through their respective counsel, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure. The parties shall each bear their own costs and fees.

**[Remainder of Page Intentionally Left Blank]**

---

1   The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

2   PCT is a trust created pursuant to the Debtors' Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code (the "Plan"), and the Post-Confirmation Trust Agreement dated August 19, 2004.

WL: #166862 v3 (3kr203!.DOC)

Dated: May 19, 2006

*[signature]*  
David M. Fournier (DE No. 2812)  
Wilmer C. Bettinger (DE No. 359)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390  

-and-  

Heiko Schultz (CA Bar No. 193054)  
F. Wade Ackerman (CA Bar No. 234747)  
KIRKLAND & ELLIS LLP  
777 South Figueroa Street  
Los Angeles, CA 90017  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500  

*Attorneys for Plaintiff*

*[signature]*  
Kathleen M. Miller (DE No. 2898)  
SMITH, KATZENSTEIN & FURLOW LLP  
800 Delaware Ave., 7th Floor  
P.O. Box 410  
Wilmington, DE 19899 (Courier 19801)  
Telephone: (302) 652-8400  
Facsimile: (302) 652-8405  

Keith C. Owens (CA Bar No. 184841)  
FOLEY & LARDNER, LLP  
2029 Century Park East, Suite 3500  
Los Angeles, CA 90067-3021  
Telephone: (310) 277-2223  
Facsimile: (310) 557-8475  

*Attorneys for Defendant*