IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PCT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Adv. Pro. No. 05-455 (SLR) |
| WD-40 COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2006 copies of the

STIPULATION OF VOLUNTARY DISMISSAL of this matter dated 5/19/06 were served upon

the persons listed below by First Class U.S. Mail, postage prepaid:

**Kathleen M. Miller, Esq.**
800 Delaware Avenue, 7th FL
P.O. Box 410
Wilmington, DE 19899

**Keith C. Owens, Esq.**
2029 Century Park East #3500
Los Angeles, CA 90067-3021

/s/ Wilmer C. Bettinger
Wilmer C. Bettinger
Pepper Hamilton LLP

WL: #188850 v2 (41p%02!.DOC)